FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 02-963 FMC |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Alexander Remington | ) Allegations of Violations of Probation |
| Defendant. | ) Supervised Release) |
| | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

1   The court concludes:
2   A.  (-)  Defendant poses a risk to the safety of other persons or the community
3       because defendant has not demonstrated by clear and convincing
4       evidence that:

5   _____
6   _____
7   _____
8   _____

10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11       and convincing evidence that: *he can abide by conditions*
12  _____
13  _____
14  _____
15  _____

17      IT IS ORDERED that defendant be detained.

19  DATED: 8/29/08

23              /s/ Stephen J. Hillman
        UNITED STATES MAGISTRATE JUDGE

2